AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| MADELYN ZUPPARDO, ET AL | ) | |
| v. | ) | Case No.: 12-1080, SEC. E(5) |
| FRANK CARACCI, ET AL | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __09/23/2013__ against __plaintiffs__,
                                                                  *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................. | $ |
| Fees for service of summons and subpoena ........................................... | 280.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 7,034.90 |
| Fees and disbursements for printing ................................................. | |
| Fees for witnesses *(itemize on page two)* ............................................ | 4,672.44 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................................ | 918.20 |
| Docket fees under 28 U.S.C. 1923 .................................................. | |
| Costs as shown on Mandate of Court of Appeals ..................................... | |
| Compensation of court-appointed experts ........................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ........................................................ | |
| TOTAL $ | 12,905.54 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service         ☐ First class mail, postage prepaid
☐ Other: _____

s/ Attorney: __Daniel R. Martiny__
Name of Attorney: __Daniel R. Martiny LA 9012__

For: __Sheriff Newell Normand, Frank Caracci and Sean Williams__     Date: __10/23/2013__
        *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____ By: _____ _____
Clerk of Court                    Deputy Clerk                    Date

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| George Armbruster, Lafayette, LA | 6 | 240.00 | 6 | 724.83 | 300 | 150.00 | $1,114.83 |
| Bryan Chiles, Phoenix, AZ | 5 | 200.00 | 6 | 1,945.41 | | | $2,145.41 |
| Rick Guilbault, Phoenix, AZ | 5 | 200.00 | 6 | 1,212.20 | | | $1,412.20 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $4,672.44 |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**ARMBRUSTER & ASSOCIATES, INC.**
P.O. BOX 306
YOUNGSVILLE, LOUISIANA 70592
(337) 857-1509
EIN #72-1169114

INVOICE

1 October 2013

Mr. Danny Martiny
131 Airline Drive
Suite 201
Metairie, Louisiana 70001

RE: Zuppardo v Jefferson Parish Sheriff, et al

Professional services rendered in above captioned matter, to wit:

Reading, Research & Consultation …………….. $ 700.00
(4.0 hours @ $175.00/hour)

Court attendance & Testimony ………………… $ 10,000.00

Travel expenses …………………………………$ 874.83
(300 miles @ $.50/mile  = $150.00)
(parking & Lunch 9/16/13 =  22.59
(hotel, meals & parking  =  702.24)

TOTAL DUE    $ 11574.83

THANK YOU!

Billing Summary:
| Date | Hours | Description |
|---|---|---|
| 9/15/13 | 4.0 hours | review case file for Court |
| 9/16/13 | | travel & court attendance |
| 9/17/13 | | court attendance, review Peters' report |
| 9/18/13 | | court attendance |
| 9/19/13 | | court attendance |
| 9/20/13 | | court attendance, testimony & travel |

## Zuppardo

| Pymt Date | Vendor | Pay. Amount | |
|---|---|---|---|
| 7/1/2012 | MARTINY & ASSOCIATES, LLC | $6.40 | Copies |
| 8/1/2012 | MARTINY & ASSOCIATES, LLC | $0.40 | Copies |
| 10/1/2012 | MARTINY & ASSOCIATES, LLC | $0.10 | Copies |
| 11/1/2012 | MARTINY & ASSOCIATES, LLC | $61.10 | Copies |
| 12/1/2012 | MARTINY & ASSOCIATES, LLC | $27.00 | Copies |
| 1/31/2013 | SERPAS & ASSOCIATES, LLC | $849.25 | Depo transcripts |
| 1/1/2013 | MARTINY & ASSOCIATES, LLC | $63.10 | Copies |
| 1/31/2013 | KELLY & ASSOCIATES, LLC | $1,107.20 | Depo transcripts |
| 1/31/2013 | KELLY & ASSOCIATES, LLC | $986.20 | Depo transcripts |
| 1/31/2013 | KELLY & ASSOCIATES, LLC | $1,580.55 | Depo transcripts |
| 2/1/2013 | MARTINY & ASSOCIATES, LLC | $23.60 | Copies |
| 3/1/2013 | MARTINY & ASSOCIATES, LLC | $3.90 | Copies |
| 4/1/2013 | MARTINY & ASSOCIATES, LLC | $2.60 | Copies |
| 4/24/2013 | KELLY & ASSOCIATES, LLC | $1,168.10 | Depo transcripts |
| 5/16/2013 | SOUSA COURT REPORTERS | $1,352.60 | Depo transcripts |
| 5/1/2013 | MARTINY & ASSOCIATES, LLC | $0.70 | Copies |
| 6/1/2013 | MARTINY & ASSOCIATES, LLC | $1.60 | Copies |
| 7/1/2013 | MARTINY & ASSOCIATES, LLC | $1.00 | Copies |
| 8/1/2013 | MARTINY & ASSOCIATES, LLC | $280.00 | Witness subpoena fees |
| 8/1/2013 | MARTINY & ASSOCIATES, LLC | $197.10 | Copies |
| 9/1/2013 | MARTINY & ASSOCIATES, LLC | $529.60 | Copies |
| | TOTAL | $8,242.10 | |



**Remit Payment to:**
TASER International
PO BOX 29661-2018
PHOENIX, AZ 85038-9661
PH: (480) 991-0797
FAX: (480) 991-0791
SALES@TASER.COM
WWW.TASER.COM

# Invoice

Number ................: FT 101398
Invoice date ............: 9/30/2013
Page ...................: 1  of  2
Sales order .............:
Requisition .............:
Your ref. ...............:
Our ref. ................: 00372
Payment ................:
Invoice account .........: 462979

BILL TO:
JOSEPH LOPINTO
131 AIRLINE DRIVE
SUITE 201
METAIRIE, LA 70001

SHIP TO:
JOSEPH LOPINTO
131 AIRLINE DRIVE
SUITE 201
METAIRIE, LA 70001

| Description | Unit Amount |
|---|---|
| EXPENSES FOR EXPERT WITNESS BRYAN CHILES | 39.80 |
|  | 691.87 |
|  | 11.42 |
|  | 1,202.32 |
| EXPENSES FOR EXPERT WITNESS RICK GUILBAULT | 564.66 |
|  | 647.54 |

ZAPPARDO V JPSO

Payment due  9/30/2013

| | |
|---|---|
| Sales Amount | 3,157.61 |
| Misc./Handling | 0.00 |
| Shipping Freight | 0.00 |
| Sales Tax | 0.00 |
| Total | 3,157.61 |
| Amount Received | 0.00 |
| **BALANCE DUE** | **3,157.61**  US |